■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED MARVIN DANIELS, Appellant.—Judgment of resentence, Supreme Court, New York County (Hortense Gabel, J.), rendered on June 26, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Ellerin and Smith, JJ.